Steven M. Goldsobel (SBN 166405)
LAW OFFICE OF STEVEN M. GOLDSOBEL
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067
Tel.: (310) 552-4848
Fax: (310) 552-9291
steve@sgoldsobel.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC.<br><br>Plaintiff(s)<br>v.<br>INTEGRATED GLOBAL CONCEPTS, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>CV 12-3439 DDP (AJWx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Robert J. Schneider , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: INTEGRATED GLOBAL CONCEPTS, INC. by whom I have been retained.

My business information is:
Chapman and Cutler LLP
*Firm Name*

111 W. Monroe Street
*Street Address*

Chicago, Illinois 60603-4080
*City, State, Zip*

bschneid@chapman.com
*E-Mail Address*

(312) 845-3919
*Telephone Number*

(312) 516-3919
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court for the State of Illinois | November 27, 1973 |
| United States Court for the Nothern District of Illinois | December 11, 1973 |
| United States Court of Appeals fo the Seventh Circuit | January 4, 1991 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate **Steven M. Goldsobel** as local counsel, whose business information is as follows:

Law Office of Steven M. Goldsobel
*Firm Name*

1900 Avenue of the Stars, Suite 1800
*Street Address*

Los Angeles, California 90067          steve@sgoldsobel.com
*City, State, Zip*                                   *E-Mail Address*

(310) 552-4848                           (310) 552-9291
*Telephone Number*                       *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  June 30, 2012

Robert J. Schneider
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  June 30, 2012

Steven M. Goldsobel
*Designee's Name (please print)*

*Designee's Signature*

166405
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.